# EARL R. UEHLING & ASSOCIATES

ATTORNEYS AT LAW

Employees of the Law Department
State Farm Mutual Automobile Insurance Company

3000 Atrium Way, Suite 310
Mt. Laurel, NJ 08054

Office Telephone: (856) 802-2700
Office Facsimile: (855) 695-0709

Christopher Campise | christopher.campise@statefarm.com | (856) 802-2740

October 10, 2024

**Via E-Filing Only**
Hon. Sharon King, Magistrate Judge United
States District Court Mitchell H. Cohen
Building, 4th & Cooper Streets, Room 1050
Camden, NJ 08101

> RE: Epps v. Brown (DED 02/01/24)
> Case No.: 1:23-cv-01129-KMW-SAK
> Our File No.: 23MTLA19130

Dear Judge King:

Please be advised that the above-captioned matter has settled. A Stipulation of Dismissal will be filed in the near future.

Thank you for your courtesy and cooperation.

Respectfully yours,

*Christopher J. Campise*

Christopher Campise

CJC:tm

cc: Anthony Canale, Esq.